IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21cr261-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>DANIEL PELAYO ESTRADA, )<br>a/k/a BRAULIO CONRADO PINEDA RAMIREZ, )<br>a/k/a MISAEL TIZNADO, )<br>a/k/a HECTOR MARTINEZ SANCHEZ | **BILL OF INDICTMENT**<br><br>Violation: 8 U.S.C. §§ 1326(a) and (b)(2) |

## COUNT ONE

On or about September 14, 2021, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**DANIEL PELAYO ESTRADA,
a/k/a BRAULIO CONRADO PINEDA RAMIREZ,
a/k/a MISAEL TIZNADO,
a/k/a HECTOR MARTINEZ SANCHEZ**

being an alien, while an order of exclusion, deportation or removal was outstanding, knowingly and unlawfully did and attempted to enter and was found in the United States without the express advance consent of the Attorney General or Homeland Security Secretary, and this occurred after she had been deported and removed from the United States and subsequent to a conviction for the commission of an aggravated felony.

All in violation of Title 8, United States Code Sections 1326(a) and (b)(2).

A TRUE BILL:

FOREPERSON

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY