IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:21-CR-00261-FDW-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **PETITION FOR WRIT OF HABEAS** |
| v. | ) | **CORPUS AD PROSEQUENDUM** |
| | ) | |
| DANIEL PELAYO ESTRADA, | ) | |
| a/k/a BRAULIO CONRADO PINEDA RAMIREZ, | ) | |
| a/k/a MISAEL TIZNADO, | ) | |
| a/k/a HECTOR MARTINEZ SANCHEZ | ) | |
| | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for DANIEL PELAYO ESTRADA, a/k/a BRAULIO CONRADO PINEDA RAMIREZ, a/k/a MISAEL TIZNADO, a/k/a HECTOR MARTINEZ SANCHEZ, Caucasian male, DOB: 4/12/1974, Alias DOBs: 5/01/1974; 4/12/1972; and 10/19/1972, PID#: 0000494874, JID#: 21-025801, who is presently detained in the Mecklenburg County Jail, to make an initial appearance before the Court in the Western District of North Carolina in connection with charges in the above district against said Defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above-captioned case Defendant shall be returned to the custody of the Mecklenburg County Jail under safe and secure conduct.

RESPECTFULLY SUBMITTED, on this 3rd day of February 2025.

DENA J. KING
United States Attorney

*/s/ Kenneth Smith*
Kenneth M. Smith
Assistant United States Attorney
NC Bar No: 17934
U.S. Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202

Telephone: (704) 344-6222
E-mail: Kenny.Smith@usdoj.gov